IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NUVEEN HIGH YIELD MUNICIPAL**
**BOND FUND,** *et al.*                                                                                  **PLAINTIFFS**

VS.                                    **CASE NO. 4:10CV00548**

**CREWS & ASSOCIATES, INC.,** *et al.*                                                  **DEFENDANTS**

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE, that Plaintiffs (i) Nuveen High Yield Municipal Bond Fund, a series of the Nuveen Municipal Trust, a Massachusetts business trust; (ii) Nuveen Municipal High Income Opportunity Fund, a Massachusetts business trust; (iii) Nuveen California High Yield Municipal Bond Fund, a series of Nuveen Multistate Trust II, a Massachusetts business trust; (iv) Nuveen Preferred Securities Fund, a series of the Nuveen Investment Trust V, a Massachusetts Business trust; and (v) Pacific Specialty Insurance Company, a California insurance company, hereby voluntarily dismiss their claims without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                                                                Respectfully Submitted,

DATED: July 29, 2010                        **EMERSON POYNTER LLP**

                                                                 /s/ Scott E. Poynter
                                                                Scott E. Poynter (#90077)
                                                                scott@emersonpoynter.com
                                                                500 President Clinton Ave
                                                                Suite 305
                                                                Little Rock, AR 72201
                                                                Phone:  (501) 907-2555
                                                                Fax:  (501) 907-2556

**DAVIS & CERIANI, P.C.**

Michael P. Cillo
mcillo@davisandceriani.com
Melissa J. Hessler
mhessler@davisandceriani.com
1350 Seventeenth Street, Suite 400
Denver, CO 80202
Phone: (303) 534-9000
Fax: (303) 534-4618

-and-

**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**

James M. Garner
John T. Balhoff, II
Jennifer M. Hoffman
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I, Scott E. Poynter, attorney for Plaintiffs, do hereby certify that a copy of the above was served via CM/ECF and via U.S. Mail to the following on this 29th day of July 2010.

    Gary D. Corum (gary@wecc-law.com)
    Nate Coulter (nate@wecc-law.com)
    Shirley Jones (shirley@wecc-law.com)
    Stephen Engstrom (stephen@wecc-law.com)
    WILSON, ENGSTROM, CORUM & COULTER
    200 S. Commerce, Suite 600
    Little Rock, AR 72203

    /s/ Scott E. Poynter
    Scott E. Poynter